IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TRAVELOCITY.COM LP,**<br><br>    Defendant. | Civil Action No. 2:12-cv-182-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims asserted by plaintiff TQP Development, LLC against defendant Travelocity.com LP in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff TQP Development, LLC against defendant Travelocity.com LP are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 30th day of January, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE